# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the District of Columbia

**Brije Smith**

        Plaintiff(s),

vs.

**Eugene Wright**

        Defendant(s).

Attorney: Charles T. Tucker, Jr., Esq.

Tucker Moore Law Group, LLC
8181 Professional Place, Suite 117
Hyattsville MD 20785



*262224*

Case Number: 1:20-cv-03389-CKK

Legal documents received by Same Day Process Service, Inc. on **02/09/2021** at **9:34 AM** to be served upon **Eugene Wright 7619 12th St., NW Washington DC 20012**

I, **Kion Lathan**, swear and affirm that on **February 09, 2021** at **6:19 PM**, I did the following:

**Substitute** Served **Eugene Wright** by leaving a conformed copy of this **Summons in a Civil Action; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Complaint** at **7619 12th St., NW , Washington, DC 20012**, the within named person's usual place of residence, to a person residing therein who is at least 18 years of age or older and who stated that he/she resides therein with the defendant to wit: **Pamela Wright**, as **Sister & Co-Resident** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 61 Height: 5ft4in-5ft8in Weight: 131-160 lbs Skin Color: African-American Hair Color: Dark Brown

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Kion Lathan**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:262224

District of Columbia: SS
Subscribed and Sworn to before me
this ___10___ day of ___February, 2021___

_____
Brandon Snesko, Notary Public, D.C.
My commission expires August 14, 2021

