IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIJE SMITH | ) |
| | ) |
|    Plaintiff, | ) |
| | ) Case No.: 1:20-cv-03389-CKK |
| v. | ) |
| | ) |
| EUGENE WRIGHT, | ) |
| | ) |
| DISTRICT OF COLUMBIA | ) |
| PUBLIC SCHOOLS, | ) |
| | ) |
| DISTRICT OF COLUMBIA | ) |
| GOVERNMENT, | ) |
| | ) |
|    Defendants. | ) |

## REQUEST FOR LEAVE OF COURT TO FILE AMENDED COMPLAINT

Plaintiff, Brije Smith, by and through her undersigned attorney, hereby submits this Request for Leave of Court to File an Amended Complaint in the instant case pursuant to Fed. R. Civ. P. 15(a)(2) and states the following in support thereof:

## FACTS IN SUPPORT

1. Plaintiff has drafted an Opposition In Part to Defendant's Motion to Dismiss and filed the same on February 16, 2021 as ECF No. 11.

2. This Opposition In Part relies on an Amended Complaint which was filed on the same date as ECF No. 10.

3. The Amended Complaint was stricken on February 17, 2021 for failure to file a request for leave of Court prior to filing the Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(2).

4. The Amended Complaint sets out two causes of action which arise from the common nucleus of operative fact set out in the original Complaint, as well as corrects some statutory errors.

5. Plaintiff maintains that she has meritorious claims which should be resolved through the adversarial legal system.

6. Plaintiff did suffer an actual injustice and is seeking legal remedy to this injustice.

7. In the interests of justice, Plaintiff is seeking leave of Court to file an Amended Complaint which will lay out avenues derived from the common nucleus of operative fact and relate back to the original Complaint.

8. These alternate legal avenues are being pursued in good faith by Plaintiff so that she best seek and find a legal remedy to the injustice that she did actually suffer.

9. In addition, this Amended Complaint corrects some statutory errors.

Respectfully submitted,

Dated: February 23, 2021

/s/ Charles Tucker, Jr.
Charles Tucker, Jr., Esq. #993515
TUCKER MOORE LAW GROUP
8181 Professional Place, STE 207
Hyattsville, MD 20785
Phone: (301)-577-1175
Email: Charles@tuckerlawgroupllp.com

**CERTIFICATE OF SERVICE**

I, Charles Tucker, Jr., hereby certify that a true and accurate copy of the above document was served electronically via the Court's Electronic Case Filing system, which will send notification of such filings to all counsel of record.

Matthew Dennis Trout
DC OAG Civil Division
400 Sixth Street, NW
Washington, DC 20001
Phone: (202)-724-5695
Email: matthew.trout1@dc.gov

Eugene Wright
1200 First Street, NE
Washington, DC 20002
PRO SE

Dated: February 23, 2021

/s/ Charles Tucker, Jr.
Charles Tucker, Jr., Esq. #993515
TUCKER MOORE LAW GROUP
8181 Professional Place, STE 207
Hyattsville, MD 20785
Phone: (301)-577-1175
Email: Charles@tuckerlawgroupllp.com