# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BRIJE SMITH,

       Plaintiff,

    v.

EUGENE WRIGHT, *et al.*,

       Defendants.

Civil Action No. 20-3389 (CKK)

## ORDER
(December 14, 2021)

For the reasons set forth in the accompanying Memorandum Opinion, it is this 14th day of December 2021 hereby

**ORDERED** that Defendants' [16] Motion to Dismiss Counts I and II of the Amended Complaint is **GRANTED** because Plaintiff's claims are time-barred, and so those claims are **DISMISSED** with prejudice. It is further

**ORDERED** that the Court declines to exercise supplemental jurisdiction over the state law claims asserted in Counts III and IV of the Amended Complaint, and so Defendants' Motion to Dismiss those claims is also **GRANTED** and those claims are **DISMISSED**. And it is further

**ORDERED** this case is **DISMISSED** with prejudice.

**SO ORDERED.**

*This is a final appealable Order.*

_____/s/_____
COLLEEN KOLLAR-KOTELLY
United States District Judge