# Form 1B

## Notice of Appeal to a Court of Appeals From an Appealable Order of a District Court

United States District Court for the  District of Columbia  
District of  Columbia  
Docket Number  1:20-cv-03389

| | |
|---|---|
| Brije Smith., <br><br> Plaintiff, <br><br> v. <br><br> DISTRICT OF COLUMBIA GOVERNMENT., <br><br>  Defendant, | Notice of Appeal |

   Brije Smith            (name all parties taking the appeal)* appeal to the United States Court of Appeals for the DC Circuit from the order  of Dismissal  (describe the order) entered on 12/14/2021         (state the date the order was entered).

(s)   Charles T. Tucker Jr.  
*Attorney for*    Brije Smith  
*Address*:  8181 Professional PL Suite 207  
            Hyattsville MD 20785

[***Note to inmate filers:***  *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration with this Notice of Appeal.*]

---

* See Rule 3(c) for permissible ways of identifying appellants.