# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 22-7009**                 **September Term, 2022**

**1:20-cv-03389-CKK**

**Filed On: October 12, 2022** [1968660]

Brije Smith,

        Appellant

   v.

Eugene Wright, et al.,

        Appellees

## M A N D A T E

In accordance with the judgment of September 1, 2022, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                                      **FOR THE COURT:**
                                                      Mark J. Langer, Clerk

                              BY:    /s/
                                             Daniel J. Reidy
                                             Deputy Clerk

Link to the judgment filed September 1, 2022